**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 140 MAL 2022

               Respondent                 :

                                :    Petition for Allowance of Appeal
                                :    from the Order of the Superior Court

               v.                    :

                                :

JOSIAH DAVON BAILEY,           :

                :

           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.